UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANDA J.,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. C26-5013-MLP<br><br>ORDER |

This matter is before the Court on Plaintiff's unopposed Motion to Amend Judgment. (Dkt. ## 28-29.) Having considered the parties' submissions and the applicable law, the Court GRANTS Plaintiff's Motion. (Dkt. # 28.) Consistent with *Brown v. Kijakazi*, 11 F.4th 1008 (9th Cir. 2021), upon remand, the Appeals Council shall instruct the Administrative Law Judge to further evaluate the opinion evidence in accordance with 20 C.F.R. §§ 404.1527 and 416.927; offer Plaintiff the opportunity for a new hearing; take any additional action necessary to complete the administrative record; and issue a new decision for the period after April 11, 2023.

//

//

//

Dated this 23rd day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge